Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Clara Ellis on Behalf
of Larry M. Ellis
(Marine)

versus

The V.A Medical
Center Hospital
on 2002 Holcombe Blvd.
Hou, TX 77030
to All Attending Doctors during Surgery.

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT

I Clara Ellis, and Larry Ellis. Case was turned into to Dr. James W. Scheurich, MD Deputy Chief of Staff @ 2002 Holcombe Blvd. (Hou, TX 77030 on March 24, 2011 by The Attendending Doctor who was Doctor Award. He told Dr. James Scheurich, MD to assist Mr. Larry M. Ellis family, bc they had made a mistake that caused him to have a Cardiac Arrest just like they were previously told if they give Larry Anethisia it would cause him to die due to unforeseen medical issue they were warned about but did not take under consideration bc They were Doctors. I am suing due to wrongful Death, property Damage and Personal Injury. Thanks Clara Ellis.

Clara Ellis
P.O. Box 720841
Houston, TX 77272

phone # 832-264-1233