Appendix B

United States Courts
Southern District of Texas
FILED

JUN 0 1 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_____ DIVISION

37 More pages of evidence

Clara Ellis
On Behalf of Larry Ellis §
versus §
§
Department of Veteran Affairs §
Hospital VA Attending §
Doctors During Surgery §

CIVIL ACTION NO. 4:16 CV-01319

Dr. that are being served. Summons are listed below.

(Amended) ORIGINAL COMPLAINT

Dear Judge Ewing Werien, Jr.

I Clara Ellis have sent you all of the evidence to support my Tort Claim I have presented to you Doctors who were involved

(1.) Dr. James Scherdick
(2.) DR. Awad
(3.) DR. Shad. F OBrie bat Being Summoned
(4.) DR Eric K Shinseki
(5.)

Thanks,
Clara Ellis

PA  PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

EI ELLIS, LARRY
81 8106 BEECH COVE
HO HOUSTON, TEXAS   77072
45 456064430

Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

Clara Ellis
On Behalf of Larry Ellis

versus

Department of Veteran Affairs
Hospital & All Attending
Doctors during surgery

CIVIL ACTION NO. 4:16-CV 01319

(Amended) ORIGINAL COMPLAINT
Tort Claim

Dear Judge, Can you please assist Clara Ellis with getting My Husband Larry Ellis Tort Claim processed due to Financial Hardship, and also V.A Hospital failed to process the original claim back in April of 2011. This case was presented to Dr. James Scheridich - Assistant Chief of Staff at V.A Hospital @ 2002 Holcombe Blvd back on March 24, 2011 by Dr. Simi S. Award upon the first indication of the Cardic arrest bc Larry Ellis had 2 Cardics. Dr. Award did stress the importance of Larry Ellis case to Dr. James Scheridich, and asked him to please help Clara Ellis & Family

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
~Houston~ DIVISION

Clara Ellis
On Behalf of Larry Ellis
      versus                          §
                                      §
                                      §     CIVIL ACTION NO: 4:16-CV0B19
Department Of Veterans Affairs        §
Hospital & All Attending             §
~Doctors during Surgery~             §
      (Amended) ORIGINAL COMPLAINT

On Behalf of all the previous
warnings in this case but they
failed to follow advise provided
by Ellis Family & Their own
V.A. Doctors. However,
Health Problems were documented
prior to surgery, and Several V.A. Doctors
clearly agreed to avoid surgery on
Larry M Ellis due to poor health, and
previous anesthesia issues, and unforseen
medical issues that would occur
when Larry Ellis is given Anesthesia.

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
~~Houston~~ DIVISION

Clara Ellis
On Behalf of Larry Ellis
versus

§
§
§
§
§
§
§

CIVIL ACTION NO. 4:16-CV-01319

Department Of Veterans
Affairs Hospital And Attending
Doctors during Surgery

(Amended) ORIGINAL COMPLAINT

V.A. Doctors who are familiar
with this case is: Dr. James Schendich,
Dr. Simin S. Award, Dr. Berger and
Dr. Joseph. The V.A. Doctors
failed to follow instructions
that Larry M. Ellis was
a High RISK.

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* DIVISION

*United States Courts*
*Southern District of Texas*
*FILED*

JUN 0 1 2016

David J. Bradley, Clerk of Court

*Clara Ellis*
*On Behalf of Larry Ellis*

§
§
§
§
§
§

versus

*Department of Veterans Affairs*
*& All Attending Doctors*
*During Surgery*

CIVIL ACTION NO. *4:16-cv-01319*

(1.) *DR. James Scheridick* I-Chief of Staff / Assistant
(2) *DR. Awad Scheridick* I-Chief of Staff
(3) *DR. Shadi F Obeidat*
(4) *DR. Eric K. Shinseki*

*(Amended)* ORIGINAL COMPLAINT

*All people who are being Sued is*
*The Department of Veterans Affairs Hospital, V.A. Hospital*
*@ 2002 Holcombe Blvd. Involved Staff of Doctors Are*
*Dr James Scheridick, Dr Suw S. Awad, Dr. Shadi F Obeidat,*
*Dr Eric K. Shinseki.*

OMB Approved No. 2900-0
Respondent Burden: 15 min

| VA | Department of Veterans Affairs | STATEMENT IN SUPPORT OF CLAIM |

PRIVACY ACT INFORMATION: The VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 38, Code of Federal Regulations 1.576 for routine uses (i.e., civil or criminal law enforcement, congressional communications, epidemiological or research studies, the collection of money owed to the United States, litigation in which the United States is a party or has an interest, the administration of VA Programs and delivery of VA benefits, verification of identity and status, and personnel administration) as identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. Your obligation to respond is required to obtain or retain benefits. VA uses your SSN to identify your claim file. Providing your SSN will help ensure that your records are properly associated with your claim file. Giving us your SSN account information is voluntary. Refusal to provide your SSN by itself will not result in the denial of benefits. The VA will not deny an individual benefit for refusing to provide his or her SSN unless the disclosure of the SSN is required by Federal Statute of law in effect prior to January 1, 1975, and still in effect. The requested information is considered relevant and necessary to determine maximum benefits under the law. The responses you submit are considered confidential (38 U.S.C. 5701). Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: We need this information to obtain evidence in support of your claim for benefits (38 U.S.C. 501(a) and (b)). Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 15 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at www.whitehouse.gov/omb/library/OMBINV.html#VA. If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN *(Type or print)* | SOCIAL SECURITY NO. | VA FILE NO. |

Larry Marcello Ellis          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          C/CSS -

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

*VA Doctors who Said Larry Ellis should not have Surgery.*

*Dear Judge,*

I Disagree with your Rating Decision of 6/26/12 in which you Deny my request for:

  1. Dependent Indemnity Compensation (DIC) based on the 38 USC 1151 for wrongfull death.

In support of this Notice of Disagreement I wish to submit the following medical records.
*Med Records: 935, 924, 886, 800, 819, 727, 728, 1091, 1898, 1099, 1363*
VAMC Medical records clearly note the following - *1364, 1344, 1345, 1321, 1513, 1514*
1. Mr. Ellis had Chronic Poorly controlled Hypertension
2. Medical records Clearly state that Dr. Berger and Dr. Joseph agree that to perform surgery is unsafe
3. Prior surgical records (1999) indicate cardiac arrest during induction (Memorial Hermann records)

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*(Houston)* DIVISION

*Clara Ellis*
*On Behalf of Larry Ellis*
versus

§
§
§
§
§
§
§

CIVIL ACTION NO. *4:16-CV 01319*

*Department of Veterans*
*Affairs & All Attending*
*Doctors during Surgery.*

*(Amended)* ORIGINAL COMPLAINT

4. All medical notes indicate Medical Agreement that the Veteran was a Poor Surgical Risk and that any surgical procedure was High Risk. The contraindictions outweighed the risk.

5. Medical Counseling records indicate that, given the level of risk noted by the Physicians, there is serious question whether the Veteran was able to give Informed Consent. Certainly it is Clear that th[e] Veteran did not understand the level of risk and how that translated into accepting the Risk - even u[ntil] death.

6. The Veteran's Cardiac Impairment level Pre and Post Operative is Documented as extremely Hig[h]

7. The Post Mortem Medical opinion that it was "the patients desire' to return home does not excuse the Release. There is NO indication that the Veteran Left Against Medical Advice - he was released with cautions.

*Att: Mr. Tom*
*Ans 5/23/2016*
*Your copy*

*I Clara Ell[is]*
*need status*
*of this cla[im]*

I CERTIFY, THAT the statements on this form are true and correct to the best of my knowledge and belief.

SIGNATURE

DATE SIGNED
Aug 3, 2012

ADDRESS
8106 Beech Cove
Houston, TX 77072

TELEPHONE NUMBERS *(Include Area Code)*

DAYTIME
*832-264-1233*

EVENING
(832) 264-1233

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fa[ct] knowing it to be false.

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*(Houston)* DIVISION

Clara Ellis
On Behalf of Larry Ellis

versus

Department of Veterans Affairs
Hospital & All Doctors who
Attended Surgery
*(Amended)* §§§§§§§ ORIGINAL COMPLAINT

CIVIL ACTION NO. 4:16-CV01319

## Progress Notes

Page 935    File 456064430    Mar 02, 2011

| Date | Test | Result |
|---|---|---|
| 09/30/2010 | HEMOGLOBIN A1C | 11.8H |
| 05/17/2010 | PSA,TOTAL | 0.160 |
| 05/28/2004 | HCV AB (ELISA) | NEG |

Problem list:
Pheochromocytoma (ICD-9-CM 227.0)      Copd, General
Heart Arrest                           Tobacco Use Disorder, Continuous
Sleep Apnea (ICD-9-CM 780.57/786.09)   Contusion of chest wall (ICD-9-CM 922.1)
Adrenal Gland Neoplasms (ICD-9-CM 194.9) Balanitis (ICD-9-CM 607.1)
BPH W/O URINARY OBSTRUCT               Diabetes Mellitus without mention of
Complication, type II or unspecified type,
Hypercholesterolemia, Pure             Bipolar I Disorder, most Recent Episode
Unspecified
Mixed Hyperlipidemia                   LBP (ICD-9-CM 724.2)
PERIODONTAL DISEASE NEC                Neuropathy (ICD-9-CM 355.9)
Edema (ICD-9-CM 782.3)                 DM Type II Dm W/O Complications
Hypertension, Benign                   Obesity
Angina Pectoris                        Sickle Cell Trait
BOWEL RESECTION 2NDARY TO FOREIGN OBJECTSOB
Hypoxemia

56 yo male with a pheochomocytoma s/p cardiac arrest during induction, and
second aborted attempt at L adrenalectomy 2/4/11.  Now in SICU with AKI, s/p
cardiac arresst on IABP and tandem heart, now off pressor support
1. Will discuss case with staff about restarting patient on IV phentolamine, as
there is risk of severe hypotension.
2. Continue Hydrocortisone 100 mg IV q 8 hours while patient is still requiring
intensive care
3. Continue insulin drip for hyperglycemia management.

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
~~Houston~~ DIVISION

*Clara Ellis*
*On Behalf of Larry Ellis*
versus

§
§
§
§
§
§
§

CIVIL ACTION NO. *4:16-CV01319*

*Department of Veterans Affairs*
*Hospital + All Attending*
*Doctors During of Surgery*

(*Amended*) ORIGINAL COMPLAINT

---

Sonali Thosani, MD

/es/ SONALI THOSANI
Allopathic and Osteopathic Physicia
Resident, Allopathic (includes Inte

Signed: 02/07/2011 11:07

02/07/2011 ADDENDUM                    STATUS: COMPLETED
Will hold on restarting alpha blockade until patient's pressures come up. I have
spoken with Dr. Smith (IR) about the possiblity of RFA of the pheo, and he plans
to discuss with his colleagues and get back to me.

/es/ SANJAY N MEDIWALA
Allopathic and Osteopathic Physicia
Internal Medicine
MD
Signed: 02/07/2011 14:38

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

ELLIS, LARRY
8106 BEECH COVE
HOUSTON, TEXAS   77072
456064430

Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* DIVISION

§
§
§
§                        CIVIL ACTION NO. 4:16-CV01319
§
§
§

versus

*(handwritten) Clara Allen on Behalf of Larry Allen*

*(handwritten) Department of Veteran Affair Hospital & All Attorden Doctors doing Surgery (Amended)*     ORIGINAL COMPLAINT

---

# Progress Notes

**Page 924**

*(handwritten) File 456064430*

Mar 02, 2011

---

| Date | Test | Value |
|------|------|-------|
| 02/07/2011 | ALKALINE PHOSPHATAS | 45.0 |
| 02/07/2011 | ALT | 49.0 |
| 02/07/2011 | AST | 42.0 |
| 02/07/2011 | PROTEIN,TOTAL | 3.8L |
| 02/07/2011 | ALBUMIN | 2.1L |

CBC/diff:

| | | |
|------|------|-------|
| 02/07/2011 | WBC | 13.8H |
| 02/07/2011 | HEMOGLOBIN | 8.8L |
| 02/07/2011 | HCT | 27.1L |
| 02/07/2011 | PLATELET COUNT | 88.0L |
| 02/07/2011 | MCV | 84.6 |

Coags:

| | | |
|------|------|-------|
| 02/07/2011 | INR | 1.2 |
| 02/07/2011 | PTIME | 14.6 |
| 02/07/2011 | PTT (MAIN LAB) | 83.1H |

Lipid Profile:

Cardiac enzymes:

| | | |
|------|------|-------|
| 02/06/2011 | CK | 2590.0H |
| 02/06/2011 | TROPONIN I | 0.32H |
| 02/06/2011 | CKMB | 8.0H |

Other Labs:

| | | |
|------|------|-------|
| 02/07/2011 | GLUCOSE | 143.0H |

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

*Clara Ellis*
*On Behalf of Larry Ellis* §
§
versus §
§ CIVIL ACTION NO. 4:16-CV-01319
§
*Department of Veteran Affairs* §
*Hospital VA All Attending* §
*Doctors During Surgery* §

*(Amended)* ORIGINAL COMPLAINT

---

02/07/2011    GLUCOSE                              143.0H

-------------------------------------------------------------------

A/P:
====
56 yo male admitted for pre-op treatment prior to laparoscopic resection of
pheochromocytoma.  Pt was beta/alpha blocked and volume loaded with SGC in place
prior to surgery.  During induction pt became bradycardic and hypotensive
leading to code blue.  He was in PEA for several minutes during CPR but
eventually regained pulse/cardiac function.  IABP was placed without much
augmentation of BP, hence Tandem heart placed with assistance of Dr.Loyolka from
THI. Tandem flow today weaned to 2.2 L
- weaned off epi overnight. Now hypertensive and tachycardic. Need to restart
alpha-blocker (iv phentolamine or po phenoxybenzamine. Await Endocrine input.
- Tandem flow weaned to 2.2 L. Continue heparin gtt. Goal PTT ~60
- check ultrasound of thorax to rule out hematoma, follow serial Hand H and
transfuse as needed.
- 2D echo done today reviewed. LV cavity is small. Avoid diuretics. Cotinue IV
fluids.

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLIS, LARRY
3106 BEECH COVE
HOUSTON, TEXAS   77072
56064430

Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* DIVISION

*Clara Ellis of Larry Ellis*
*On Behalf of Larry Ellis*
versus

*Department of Veteran Affairs*
*Hospital & All Attending*
*Doctors During Surgery*

§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. *4:16-CV-01319*

*(Amended)* ORIGINAL COMPLAINT

# Progress Notes

Page 886

*File 456064430*

Mar 02, 2011

LOCAL TITLE: CARDIOLOGY CONSULT
STANDARD TITLE: CARDIOLOGY CONSULT
DATE OF NOTE: FEB 08, 2011@08:56          ENTRY DATE: FEB 08, 2011@08:56:13
    AUTHOR: AWAR,OMAR                     EXP COSIGNER:
    URGENCY:                                  STATUS: COMPLETED

The supervising practitioner of record for this patient care encounter is
Dr. Ramasubbu,Kumudha

IABP removed this am. Patient intermittently hypertensive, received IV labetolol
push.

Patient had been stable on mechanical ventilation until this afternoon.
Developed episode of severe HTN, SBP 300's, associated with hypoxia and
ultimately developed PEA cardiopulmonary arrest. Patient was resuscitated with
CPR and epinephrine. Percutaneous LVAD converted to VA-ECMO

        Active Inpatient Medications
===================================================================
2)  CIPROFLOXACIN INJ,SOLN CIPROFLOXACIN 400 MG in              Status
    RTU 200 ML DEXTROSE 5% INFUSE OVER 60 MINUTES IVPB
    DAILY                                                       ACTIVE
7)  FentANYl INJ,SOLN FENTANYL 1000 MCG in SODIUM
    CHLORIDE 0.9% 100 ML   titrate@0 IVPB                       ACTIVE
8)  HYDROCORTISONE INJ,SOLN HYDROCORTISONE 100 MG in
    DEXTROSE 5% IN WATER 100 ML   INFUSE OVER 60 MINUTES
    IVPB Q8H                                                    ACTIVE
10) LABETALOL

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Clara Ellis
On Behalf of Larry Ellis                    §
versus                                      §
                                            §
Department of Veteran Affairs               §
Hospital 1 All the Lenders                  §
Doctors During Surgery                      §

(Amended) ORIGINAL COMPLAINT

CIVIL ACTION NO. 4:16-CV-01319

```
 10)   LABETALOL INJ,SOLN LABETALOL 200 MG in DEXTROSE 5% IN   ACTIVE
          WATER 200 ML  TITRATE@0
          CONC=1MG/ML;START@0.5MG/MIN&TITRATE MAP TO
          70S.MAX:2MG/MIN IV

 15)   PANTOPRAZOLE INJ,PWDR PANTOPRAZOLE  40 MG in SODIUM     ACTIVE
          CHLORIDE 0.9% 100 ML   INFUSE OVER 15 MINUTES IV BID
          Pending Inpatient Medications                     Status
=====================================================================
 1)  `  PHENOXYBENZAMINE CAP,ORAL  10MG ORAL BID              PENDING

 19 Total Medications



 Physical Exam
 Wt 295.5 lb [134.3 kg] (01/26/2011 10:37)
 BMI 43*
 BP 141/79  (02/08/2011  08:00)
 HR 92  (02/08/2011  08:00)
 I/O 5820/3685
```

IENT NAME AND ADDRESS (Mechanical imprinting, if available)

```
 LIS, LARRY
 16 BEECH COVE
 STON, TEXAS  77072
 064430
```

Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_____ DIVISION

§
§
§                    CIVIL ACTION NO. _4:16-CV-01319_
versus                                  §
§
§
§
§

(Amended) ORIGINAL COMPLAINT

---

## Progress Notes

Page 800

_File #K6864450_

Mar 02, 2011

```
LOCAL TITLE: SICU INPATIENT NOTE
STANDARD TITLE: SURGERY CRITICAL CARE UNIT NOTE
DATE OF NOTE: FEB 09, 2011@12:52     ENTRY DATE: FEB 09, 2011@12:52:24
     AUTHOR: CARTER,STACEY A     EXP COSIGNER:
     URGENCY:                     STATUS: COMPLETED


     *** SICU INPATIENT NOTE Has ADDENDA ***

The supervising practitioner of record for this patient care encounter is
Dr. Awad, Samir S

Problems:
- inability to assess neuro status
- depressed cardiac function
- ECMO dependent
- ventilator dependent
- phemochromocytoma
- ATN
- R chest/extremity edema
- Anemia

24 Hour Summary:
On 2/8, patient had IABP removed in the AM.  Later in the morning, pt became HTN
to SBP 250-280s and responded to 5mg IV phentolamine, 10 mg labetalol and
decreased stimulation (SBP decreased to 130s). Later in the afternoon, sedation
was held as nurse/anesthesia began to prepare pt for transfer to OR for tandem
heart removal.  At that point, pt became HTN to SBP of 280s-300s. A meeting was
```

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

*(handwritten)* Larry Ellis, *On Behalf of Larry Ellis* §
§
§
versus §                    CIVIL ACTION NO. *4:16 CV-01319*
§
*(handwritten)* Department Of Veterans Affairs §
Hospital & All Attending §
Doctors During Surgery §

*(Amended)* ORIGINAL COMPLAINT

---

was held as nurse/anesthesia began to prepare pt for transfer to OR for tandem
heart removal.  At that point, pt became HTN to SBP of 280s-300s. A meeting was
called between endocrine, vascular, cardiology and surgery to discuss the most
appropiate was to proceed with Mr. Ellis' care.  It was noted that patient also
began to desaturate, Tandem Heart tubing catheters were noted to be dark,
breath sounds were coarse but equal bilaterally.  Pt was bagged with little
improvement in O2 sats.  Then patient's BP began to drop rapidily.  Code was
called and ACLS protocol was initiated.  Pt was given several doses of
vasopressin with appropiate response.  He regained his BP and a pulse, but
continued to be difficult to oxygenate.  Decision was made to place patient on
ECMO.  Perfusion team was called and cardiology team helped splice exisiting
Tandem Heart lines with oxygenator.  Given the gravity of the situaiton, the
decision was made to alpha block patient with plans to take to OR in AM for
embolization.  Pt recieved 2 units of pRBC overnight for Hct <30.

Vitals:
    Tmax      98.9
    Tc        98.6
    Rhythm
    Rate      89-147
    BP        91-241/50-114
    MAP       66-157
    SPo2%     51-100

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

ELLIS, LARRY
8106 BEECH COVE
HOUSTON, TEXAS  77072
456064430

Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

_Clara Gillis_
_On Behalf of Gary Gillis_          §
                                    §          CIVIL ACTION NO. _4:16 CV-01319_
_versus_                            §
_Department of Veterans Affairs_    §
_Hospital of A&M Attending_         §
_Doctors During Surgery_            §

_(Amended)_ ORIGINAL COMPLAINT

---

# Progress Notes

Page 819

_File #7a6064730_          Mar 02, 2011

---

| | | |
|---|---|---|
| 09/30/2010 | HEMOGLOBIN A1C | 11.8H |
| 05/17/2010 | PSA,TOTAL | 0.160 |
| 05/28/2004 | HCV AB (ELISA) | NEG |

A/P: A/P: 56 y.o. male with a pheochomocytoma s/p cardiac arrest during
induction, and second aborted attempt at L adrenalectomy 2/4/11.  Now in SICU
with AKI, s/p cardiac arrest on IABP and tandem heart, with labile blood
pressure, scheduled for embolectomy of pheochromocytoma today
1. At this point, pt continues to have hypertension, and is on IV phentolamine
 1 mg/hr and phenoxybenzamine 40 mg per NG TID. Will try to obtain records from
 SW memorial hermann where pt had procedure in 1999 and suffered cardiac arrest.

/es/ SONALI THOSANI
Allopathic and Osteopathic Physicia
Resident, Allopathic (includes Inte

Signed: 02/10/2011 08:35

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* DIVISION

*Claw Ellis*
*on Behalf of Larry Ellis*                    §
                                              §
versus                                        §        CIVIL ACTION NO. *4:16CV-01319*
                                              §
*Department of Veterans Affairs*              §
*Hospital of A.J. Attacker*                   §
*Doctors During Surgery*                      §
*(Amended)* ) ORIGINAL COMPLAINT

---

# Progress Notes

Page 727

*File 45e0e4830*                              Mar 02, 2011

---

```
  LOCAL TITLE: I-MED INFORMED CONSENT
STANDARD TITLE: CONSENT
DATE OF NOTE: FEB 11, 2011@08:19:34  ENTRY DATE: FEB 11, 2011@08:20:44
     AUTHOR: OBEIDAT,SHADI F      EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED
```
*Infection gave penicillin in error.*

```
Signature Informed Consent for
   BRONCHIAL TUBE - BRONCHOSCOPY WITH ASPIRATION OF SECRETIONS
1. Anatomical Location: See description of treatment/procedure.
2. Informed consent was obtained at 8:19 AM on February 11, 2011.
The full consent document can be accessed through Vista Imaging.
3. Patient name:  ELLIS, LARRY MARCELLO
4. The patient DOES NOT HAVE decision-making capacity. Enter
surrogate name and relationship to the patient. (If the patient's
surrogate is not established or available, refer to Handbook 1004.1
for guidance.)   A clinical assessment has been performed and
documented in the patient record.
5. Surrogate (if applicable):  Clara Ellis    Spouse
6. Reason for the treatment (diagnosis, condition, or indication):
Breathing problems or suspected airway disease.
7. Treatment/procedure: This procedure is done to visualize and
suction mucus blocking the airways. Various imaging techniques may be
used during the procedure.
You will receive a medication that causes a relaxed state through a
needle placed into a vein in your arm.  A flexible scope is inserted
through your nose or mouth to the nasal passages and throat.  The
```

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* _____ DIVISION

*Cara Ellis*
*On Behalf of Larry Ellis*                    §
versus                                         §
                                               §
*Department of Veterans Affairs*               §     CIVIL ACTION NO. *4:16 CV-01319*
*Hospital All Attendies*                       §
*Doctors During Surgery*                       §
                                               §
              *(Amended)* ORIGINAL COMPLAINT

examination of the bronchial tubes from the inside.
Mucus and other bronchial secretions are suctioned through the scope.
 This is done until the airways are as clear as possible.


8. Anesthesia will not be used in this treatment/procedure.
9. Consent to Blood Products (if applicable):
It is not expected that blood products will be used in this
treatment/procedure.
10. Practitioner obtaining consent:  Obeidat,Shadi F (FELLOW,
PULMONARY)
11. Supervising practitioner:  Subramanian,Anuradha (STAFF PHYSICIAN)
12. Practitioner(s) performing or supervising treatment/procedure (if
    not listed above):  Carter,Stacey A (RESIDENT SURGERY SERVICE)
13. Witness Name:

14. Comments:


PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLIS, LARRY
8106 BEECH COVE
HOUSTON, TEXAS  77072
456064430

Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* DIVISION

*Clara Ellis, on Behalf of Jerry Ellis* §
§
versus §
§
*Department of Veteran Affair* §
*Hospital & Off Attending* §
*Doctors Perin Surger* §

CIVIL ACTION NO. *4:16 CV-01319*

(*Amended*) ORIGINAL COMPLAINT

---

# Progress Notes

Page 728

*File 456 86 443* D Mar 02, 2011

*** SCANNED DOCUMENT ***
SIGNATURE NOT REQUIRED

Electronically Filed: 02/11/2011
                by: IMEDCONSENT USER

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

_Clara Ellis of Larry Ellis_ §
_On behalf of Larry Ellis_ §
§                          CIVIL ACTION NO. _4/16  CV-01319_
versus §
§
_Department of Veteran Affairs_ §
_Hospital & VA Attending_ §
_Doctors During Surgery_ §

_(Amended)_ ORIGINAL COMPLAINT

---

# Progress Notes

Page 1091

_File 456064430_                                  Mar 02, 2011

---

   LOCAL TITLE: SICU INPATIENT NOTE
STANDARD TITLE: SURGERY CRITICAL CARE UNIT NOTE
DATE OF NOTE: FEB 04, 2011@16:11      ENTRY DATE: FEB 04, 2011@16:11:57
     AUTHOR: AWAD,SAMIR S      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

     *** SICU INPATIENT NOTE Has ADDENDA ***

GS and SICU Attending Note:

Mr. Ellis was taken to the OR this am after maximal medical optimization of his
blood pressure secondary to pheochromocytoma for an attempt at a laparoscopic
possible open left adrenalectomy. Given his high risk because of his severely
elevated blood pressure, the day prior, an SG catheter was placed and the
patient was bolused with volume to increase his preload in anticipation of
surgery and induction of anesthesia. This am had the following: CVP  19 PAP
44/38 CO   8.8 CI   3.6 SVR  855 and SVO2 83%. The patient then uderwent
induction of anesthesia by anesthesia team. Several minutes following that, it
was noted that the patient became significantly hypotensive and was intially
supported with pressor medications by Anesthesia team. A second central line was
placed in the left groin for fluid resussciation. Despite that and volume
administration, he continued to drop his blood pressure and went into PEA. CPR
was immediately started with excellent compressions as evidenced by a-line
tracing. ACLS protocol was immediately and concurrently started and he was given
multiple rounds of epinephrine, vassopressin, norepinephrine, isoproterenol, and
glucagon and after 25 mintues of code, his pulse returned (please refer to
aneshtesia record). A intraoperative TEE was performed which demonstrated poor

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

_Clara Ellis_ §
_On Behalf of Larry Ellis_ §
versus §
§   CIVIL ACTION NO. _4:16 CV 01319_
_Department of Veteran Affairs_ §
_Hospital of the attending_ §
_Doctors during Surgery_ §
_(Amended)_ ORIGINAL COMPLAINT

---

cardiac contractility with myocardial stun. He was placed on multiple
vassopressor drips and transported to the SICU in critical condition. The family
was informed of the above events and discussion regarding management was had and
they wished everything be done.

In the SICU, the patient continued to be extremely labile requiring multiple
boluses of vassopressin and norepinephrine. Given his cardiac stun and lability
and impending arrest cardiac arrest, the cardiothoracic surgery team was
consulted for the option of placing an intra-aortic balloon pump, concurred and
emergently placed in IABP with some improvement in blood pressure. A bedside
echo was then performed which confirmed lack of effective contractility of the
LV with severe LVH and a cardiology evaluation for placing a tandem heart was
obtained. After disucussion with the family and obtaining consent, the patient
was taken to the cath lab and a tandem heart was placed under flouroscopic
guidance.

I informed the family of all the above with Dr. Liang my Co-Attending on this
case. They understand all of the above, that the patient is in critical
condition and has a high risk of mortality given this cardiac event, had all
their questions answered and are happy with care and plan rendered.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLIS, LARRY
8106 BEECH COVE
HOUSTON, TEXAS  77072
456064430

Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

*Clara Ellis*
*On Behalf of Larry Ellis*
versus

*Department of Veteran Affairs*
*Hospital & AND Attending*
*Doctors During Surgery*

*(Amended)* ORIGINAL COMPLAINT

§
§
§
§
§
§
§

CIVIL ACTION NO. *4:16 CV-01319*

---

# Progress Notes

Page 1098

*File 456064430*

Mar 02, 2011

```
LOCAL TITLE: I-MED INFORMED CONSENT
STANDARD TITLE: CONSENT
DATE OF NOTE: FEB 04, 2011@14:50:44  ENTRY DATE: FEB 04, 2011@14:51:32
     AUTHOR: PALACIO,CARLOS H      EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
```

Signature Informed Consent for
    HEART - CARDIOPULMONARY BYPASS
1. Anatomical Location: Left ventricular assist device/tandem, blood
transfutions  and all other indictaed procedure
2. Informed consent was obtained at 2:50 PM on February 04, 2011.
The full consent document can be accessed through Vista Imaging.
3. Patient name:  ELLIS, LARRY MARCELLO
4. The patient DOES NOT HAVE decision-making capacity. Enter
surrogate name and relationship to the patient. (If the patient's
surrogate is not established or available, refer to Handbook 1004.1
for guidance.)   A clinical assessment has been performed and
documented in the patient record.
5. Surrogate (if applicable):  Ellis Clara    Spouse
6. Reason for the treatment (diagnosis, condition, or indication):
This procedure can be done to provide oxygen to your body during
surgical procedures that involve your heart and lungs.  Such
procedures can include:
  Repair of heart blood vessels.
  Repair of heart valves.
  Repair of heart problems from birth defects.

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

*[handwritten: Clara Ellis On Behalf Of Larry Ellis]*

versus

§
§
§
§       CIVIL ACTION NO. *[handwritten: 4:16 CV-01319]*
§
§

*[handwritten: Department Of Veteran Hospital And Attending Doctors During Surgery]*

*[handwritten: (Amended)]* ORIGINAL COMPLAINT

---

Repair of large blood vessel problems in the chest.
Removal of blood clots in blood vessels of the chest.
Heart transplants.
Lung transplants.
Other procedures.
7. Treatment/procedure: A heart lung machine will be used to put
oxygen in your blood and pump it throughout your body.  Two tubes
that are connected to the heart lung machine are inserted into your
large blood vessels in your chest.  One of the tubes takes blood from
the heart back to the machine where it gets oxygen.  The other tube
takes this blood with oxygen back to the heart.  The machine then
pumps the blood with oxygen around the body.


8. Anesthesia will be administered.
9. Consent to Blood Products (if applicable):
I CONSENT to the use of blood products during this
treatment/procedure if they are needed to improve my overall
condition or save my life. I understand that my consent for use of
blood products is valid while I recover from the treatment/procedure.
My provider will determine when this recovery period ends. If this
consent form expires, my treatment plan changes, or if blood products

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

ELLIS, LARRY
8106 BEECH COVE
HOUSTON, TEXAS   77072
456064430

Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

§
§
versus §                    CIVIL ACTION NO.
§
§
§
§

ORIGINAL COMPLAINT

_____

**Progress Notes**

Page 1099                                             Mar 02, 2011

are needed for a reason that is unrelated to this treatment/procedure,
 I will be asked again for my consent for use of blood products. I
understand that common risks of using blood products include (but are
not limited to) infection or irritation where the needle is placed,
fever, chills, and skin rashes. Other rare but more serious
complications may occur such as allergic reactions, heart failure due
to fluid overload, acute pulmonary edema (fluid leaking into the
lungs), shock, or death. I also understand that transfusions of blood
or blood products involve a small risk of transmission of diseases
such as Hepatitis B (1 in 137,000), Hepatitis C (1 in 1,000,000), and
HIV/AIDS (1 in 1,900,000). There is also a small risk of bacterial
infection when blood platelets are transfused.  Alternatives to
blood or blood products may be available if my health, time, and
procedure permit. These alternatives may include auto-donation (using
my own previously donated blood) and intra-operative salvage (my own
blood collected during surgery). In addition, medications may be used
to reduce the need for blood products.
10. Practitioner obtaining consent:  Atashband,Armita (FELLOW,
CARDIOLOGY SERVICE)
11. Supervising practitioner:  Kar,Biswajit (PHYSICIAN)
12. Practitioner(s) performing or supervising treatment/procedure (if
    not listed above):  Haddad,Rudy (FELLOW,CARDIOLOGY
SERVICE);Chiang,I-Hui (FELLOW,CARDIOLOGY SERVICE);Paniagua,David
(PHYSICIAN);Jneid,Mohammad Hani (PHYSICIAN)
13. Witness Name:

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston*_____ DIVISION

*Clara Ellis* §
*On Behalf of Larry Ellis* §
                    versus            §
                                      §            CIVIL ACTION NO. *4:16-CV-01319*
*Department of Veteran Affairs* §
*Hospital & All Attending* §
*Doctors During Surgery* §
         *(Amended )* ORIGINAL COMPLAINT

14. Comments:
    Tissues removed during the course of this treatment/procedure will
be disposed of in accordance with hospital procedures.

*** SCANNED DOCUMENT ***
SIGNATURE NOT REQUIRED

Electronically Filed: 02/04/2011
                    by: IMEDCONSENT USER

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

ELLIS, LARRY
8106 BEECH COVE
HOUSTON, TEXAS   77072
456064430

Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

*Clara Ellis*
*On Behalf of Larry* 2/16
versus

*Department of Veteran Affairs*
*Hospital & All Attending*
*Doctors During Surgery*

§
§
§
§
§
§
§

CIVIL ACTION NO. *4:16-CV-01319*

*(Amended)* ORIGINAL COMPLAINT

# Progress Notes

Page 1363

Mar 02, 2011

increased doses based on his meal.  Patient reporting polyuria, polydipsia, and
fatigue.  Patient denies polyphagia.

O:  197/112 -> 169/104 -> 180/100  HR 86  RR 18 T 97.1

Gen: NAD
HEENT: OP clear
CV: RRR
Pulm: CTAB
Abd: obese, soft nt nd
Ext: no c/c/e
Neuro: reflexes normal

Labs:

| | | | | |
|---|---|---|---|---|
| UREA NITROGEN,BLOOD | 15 | mg/dl | 7 - 19 | [580] |
| SODIUM | 139 | mmol/L | 136 - 145 | [580] |
| CHLORIDE | 99 | mmol/L | 98 - 107 | [580] |
| POTASSIUM | 3.8 | mmol/L | 3.6 - 5.0 | [580] |
| CO2 | 29 | mmol/L | 22 - 30 | [580] |
| GLUCOSE | 271 H | mg/dl | 70 - 110 | [580] |
| CREATININE | 1.1 | mg/dl | 0.6 - 1.3 | [580] |
| CALCIUM | 9.0 | mg/dl | 8.7 - 10.5 | [580] |
| PROTEIN,TOTAL | 6.4 | g/dl | 6.2 - 8.0 | [580] |
| TOT. BILIRUBIN | 0.3 | mg/dl | 0.2 - 1.2 | [580] |

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* DIVISION

*Vara Ellis*
*on Behalf of Larry Ellis* §
§
versus §
§ CIVIL ACTION NO. *4:16 CV-01319*
§
*Department of Veteran Affairs* §
*Hospital of the Attending* §
*Doctors During Surgery* §
*(Amended)* ORIGINAL COMPLAINT

---

# Progress Notes

Page 1364

*File 4560064830* Mar 02, 2011

Continue other BP therapies.  Previous notes report that patient is unable to tolerate Metoprolol but would benefit from further beta blockade but currently on max dose of Atenolol.

2.  Diabetes - remains poorly controlled.  Advised patient that he needs to monitor his blood sugars regularly.

--Will continue Lantus 100 units BID
--Increase Aspart to 20 units qAC

RTC 6 weeks

/es/ TRES BARRERA
Allopathic and Osteopathic Physicia
Resident, Allopathic (includes Inte
Endocrine Fellow
Signed: 01/13/2011 10:48

Receipt Acknowledged By:
01/13/2011 13:58        /es/ MARCO MARCELLI MD

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

_On behalf of Larry Ellis_

§
§
§
§
§
§
§
§

versus

CIVIL ACTION NO. 4:16-CV-01319

_Department of Veterans Affairs_
_Hospital IAM Attending_
_Doctors During Surgery_

_Amended_ ORIGINAL COMPLAINT

01/13/2011 ADDENDUM                    STATUS: COMPLETED
Agree with A & P, patient may have pheochromocytoma, adrenal venous sampling is
not very useful to establish lateralization.

/es/ MARCO MARCELLI MD
Allopathic and Osteopathic Physicia
Internal Medicine
Endocrinology, Diabetes and Metabol

Signed: 01/13/2011 13:58

P. PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

E. ELLIS, LARRY
8. 8106 BEECH COVE
HC HOUSTON, TEXAS   77072
45 456064430

Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* DIVISION

*Clara Ellis
on Behalf of Larry Ellis*                    §
                                             §
versus                                       §          CIVIL ACTION NO. *4:16-CV-01319*
                                             §
*Department of Veterans Affairs              §
Hospital staff Attendens                     §
Doctors During Surgery*                      §

*(Amended)* ORIGINAL COMPLAINT

---

# Progress Notes

Page 1344

*File 456064430*                             Mar 02, 2011

```
LOCAL TITLE: PRE-OP ANESTHESIA PHYSICIAN EVALUATION NOTE
STANDARD TITLE: ANESTHESIOLOGY ATTENDING PRE OPERATIVE E & M NOT
DATE OF NOTE: JAN 27, 2011@15:35    ENTRY DATE: JAN 27, 2011@15:35:23
     AUTHOR: NGUYEN,JENNIFER D    EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

PREOPERATIVE ANESTHESIA PHYSICIAN EVALUATION NOTE
====
PATIENT WAS IDENTIFIED USING FULL NAME AND SOCIAL SECURITY NUMBER
====
SURGERY:  LEFT ADRENECTOMY

ELECTIVE PROCEDURE/DOS: 1/28/11
====
REASON FOR CONSULT:  H/O CARDIAC ARREST DURING INDUCTION AND OSA
====
PLEASE SEE MRS. ABRAHAM'S PREOP ANESTHESIA RN NOTE MORE DETAIL.  I HAVE EXAMINED
PATIENT.

ASSESSMENT: ASA 4 (CAD-NONOBSTRUCTIVE, H/O CARDIAC ARREST DURING INDUCTION IN
1999, PHEOCHROMOCYTOMA, H/O DIFFICULT AIRWAY 1999, DM, OSA-CPAP USE, COPD,
GERD/DYSPHAGIA, SEVERE COPD, BPH, HLD, BIPOLAR, MORBID OBESITY, HEADACHES)
===========
PATIENT IS 56 YEAR OLD AFRICAN AMERICAN MAN SCHEDULED FOR LEFT ADRENALECTOMY ON
1/28/11 FOR PHEOCHROMOCYTOMA.  PATIENT EXPERIENCE CARDIAC ARREST DURING
ANESTHESIA INDUCTION IN 1999 RESULTING SICU ADMISSION/VENTILATORY SUPPORT FOR
COMA X 4 DAYS AT SOUTHWEST MEMORIAL HERMAN.  PATIENT STATES HE WAS TOLD THAT
"THEY HAD TO PUT A SMALLER BREATHING TUBE AND I WAS IN A COMA ON BREATHING
MACHINE FOR 4 DAYS".
```

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

_Clara Ellis Lary Ellis_                          §
_On Behalf of Lary Ellis_                         §          CIVIL ACTION NO. _4:16-CV-01319_
                              versus                §
_Department of Veterans Affairs_   §
_Hospital & All Attending_          §
_Doctors During Surgery_            §

_(Amended)_ ORIGINAL COMPLAINT

___

CARDIOLOGY HAS EVALUATED THIS PATIENT.  PATIENT REPORTS CHRONIC DYSPNEA WITH
MINIMAL ACTIVITY.  HE HAS PRIOR CARDIAC CATHS X 2 AT OUTSIDE FACILITY FOR THIS
SYMPTOM.  CARDIAC CATH ON 8/9/10 AT MEDVMC NOTES NONOBSTRUCTIVE CAD WITH NORMAL
LEFT MAIN, 60% OM2 STENOSIS AND NORMAL RCA.  ECHO ON 9/10 NOTES LVH, LVEF=55%,
TRACE TR/PR/MR.  PASP WAS NOT MENTIONED.  IN PRESENCE OF MORBID OBESITY, OSA AND
EVIDENCE OF PULMONIC REGURGITATION, I SUSPECT THAT HE MAY SOME DEGREE OF
PULMONARY HYPERTENSION.  CAROTID ULTRAOUND NOTES <50% B-ICA STENOSIS. PATIENT
DENIES ANY SYMPTOMS OF TIA OR CVA.

PLAN
====
1)      PATIENT WAS COUNSELLED FOR GETA WITH POSSIBLE AWAKE INTUBATION ,
INVASIVE MONITORING, POSSIBLE POSTOP VENTILATION/BLOOD TRANSFUSION.
2)      INSTRUCTED TO TAKE
AMLODIPINE/ATENOLOL/VALSARTAN/OMEPRAZOLE/BUSPIRONE/ALBUTEROL/IPRATROPIUM AND
HOLD INSULIN-GLARGINE ON DAY OF SURGERY.  PATIENT HAS BEEN INSTRUCTED TO PERFORM
ACCUCHECK ON DOS.  IF ACCUCHECK IS >250, ADMINISTER 8 UNITS OF INSULIN-ASPARTAME
SUBCUTANEOUSLY PRIOR TO LEAVING HOUSE FOR SURGERY.  PATIENT HAS BEEN INSTRUCTED

___

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

1 ELLIS, LARRY
8 8106 BEECH COVE
H HOUSTON, TEXAS   77072          Printed at Michael E. DeBakey VA Medical Center
4 456064430

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* DIVISION

Clara Ellis
On Behalf of Gary Ellis          §
                                 §          CIVIL ACTION NO. 4:16-CV-01319
versus                           §
                                 §
Department of Veterans Affairs   §
Hospital & All Attending         §
Doctors During Surgery           §

(Amended) ORIGINAL COMPLAINT

---

# Progress Notes

**Page 1345**

File 456064430          Mar 02, 2011

TO HAVE SUGAR TABLETS AVAILABLE TO SELF ADMINISTER IF HE DEVELOPS SYMPTOMS OF
HYPOGLYCEMIA.
3)      TYPE AND CROSS HAVE BEEN ORDERED.
====
ALL RISKS AND COMPLICATIONS WERE DISCUSSED WITH PATIENT WHO AGREES TO PROCEED AS
PLANNED.
====
All medications reviewed and reconciled with patient
NPO past MN except meds with sips of water
Continue all AM meds except oral hypoglycemics, anticoagulants, vitamins and
        herbal medicines
Follow instructions for aspirin and plavix per surgery team

/es/ JENNIFER D NGUYEN
Allopathic and Osteopathic Physicia
Anesthesiology
ANESTHESIOLOGIST
Signed: 01/27/2011 15:57

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* DIVISION

*Clara Ellis*
*On behalf of Gary Ellis* §
§
versus §
*Department of Veterans Affairs* §
*Hospital & All Attending* §
*Doctors During Surgery* §

CIVIL ACTION NO. *4:16-CV-01319*

*(Amended)* ORIGINAL COMPLAINT

# Progress Notes

Page 1321
*File 456064430*

Mar 02, 2011

```
      LOCAL TITLE: GENERAL SURGERY (BRONZE) INPATIENT NOTE
   STANDARD TITLE: SURGERY INPATIENT NOTE
DATE OF NOTE: JAN 28, 2011@08:04     ENTRY DATE: JAN 28, 2011@08:04:29
      AUTHOR: ANAYA,DANIEL          EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

SURGERY STAFF NOTE

Mr. Ellis came for his planned operation today.
While in the OR and before medications were given, his invasive and non-invasive
pressures were extremely high to 250/150, despite taking the appropriate
medications this morning.
Based on this, his primary diagnosis of pheochromocytoma, his severe
comorbidities and the h/o prior cardiac arrest during anesthetic induction., we
have decided that it is not dsafe to proceed with this operation.
I discussed this with the anesthesiologist of the case Dr. Joseph and with my
partner Dr. Berger, and both agree.

I explained this to the patient and his family who understand and wish to
prceed.

We plan to admit the patient to SICU for optimization of his BP and once this is
accomplished we will plan on re-scheduling the case while titrating up other
anti-htn meds and with th e plan of preop admission to SICU for invasive
monitoring and for BP control the day before surgery.

/es/ DANIEL ANAYA
Allopathic and Osteopathic Physicia
```

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* DIVISION

*Clara Allen*
*on behalf of Larry Ellis*              §
§
versus                                  §          CIVIL ACTION NO. *4:16-CV-01319*
§
*Department of Veterans Affairs*        §
*Hospital & All Attending*              §
*Doctors During Surgery*                §

*(Amended)* ORIGINAL COMPLAINT

```
/es/ DANIEL ANAYA
Allopathic and Osteopathic Physicia
Surgery
MD
Signed: 01/28/2011 08:09
```

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

ELLIS, LARRY
8106 BEECH COVE
HOUSTON, TEXAS   77072
456064430

Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
(Houston) DIVISION

*Larry Ellis*
*on Behalf of Larry Ellis*                    §
versus                                        §                CIVIL ACTION NO. *4:16-CV-01319*
                                              §
*Department of Veterans Affairs*              §
*Hospital & All Attending*                    §
*Doctors During Surgery*                      §

(Amended) ORIGINAL COMPLAINT

---

The patient is currently completely asymptomatic and operation at this point is
not urgent. Therefore we will discuss his case further with the endocrinologist
and possibly in tumor board to come to a consensus

/es/ AVO ARTINYAN
Allopathic and Osteopathic Physicia
Surgery
Attending Surgeon
Signed: 10/27/2010 15:42

10/27/2010 ADDENDUM                    STATUS: COMPLETED
the above was extensively discussed with the patient.

/es/ AVO ARTINYAN
Allopathic and Osteopathic Physicia
Surgery

---

PA **PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

EI ELLIS, LARRY
81 8106 BEECH COVE
HO HOUSTON, TEXAS   77072
45( 456064430                                Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_____ DIVISION

Clara Ellis
On Behalf of Larry Ellis

§
§
§
§
§
§
§

versus

CIVIL ACTION NO. _4:16-CV-01319_

Department of Veteran Affairs
Hospital & All Attending
Doctors During Surgery

( Amended ) ORIGINAL COMPLAINT

---

# Progress Notes

Page 1513

_File 456064430_

Mar 02, 2011

---

Receipt Acknowledged By:
10/27/2010 15:43          /es/ AVO ARTINYAN
                          Attending Surgeon


10/27/2010 ADDENDUM                  STATUS: COMPLETED
Pt with

/es/ AVO ARTINYAN
Allopathic and Osteopathic Physicia
Surgery
Attending Surgeon
Signed: 10/27/2010 15:43


10/27/2010 ADDENDUM                  STATUS: COMPLETED
Pt seen and examined, imaging results, endocrine note reviewed. The patient has
a minimally symptomatic pheochromocytoma by laboratory studies. He had an
incidentaloma of his L adrenal (<3cm) which prompted workup, his MIBG scan shows
uptake on both sides though L>R.

Given the above, it is not entirely clear if the patient has B adrenal
hyperplasia vs. a unilateral pheo as the etiology of his mildly elevated
catecholamines. Operation in this patient is far from benign since he is obese,
has had previous exploratory laparotomy, has CAD and a number of other
comorbidities. Laparoscopy is likely to be difficult and has a significant
chance of being converted. A firm diagnosis would help us further justify the
risk of operation in this relatively asymptomatic patient, and avoid an
unnecessary first operation or a potential difficult second operation with the
morbidity associated with the procedures themselves as well as the potentially
unnecessary loss of his adrenal gland(s). Bilateral adrenal venous sampling is
far less risky than operation.

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* DIVISION

*Clara Ellis*
*On Behalf of Larry Ellis*
§
§
§           CIVIL ACTION NO. *4:16-CV-01319*
versus
§
*Department of Veterans Affairs*
§
*Hospital and All Attending*
§
*Doctors During Surgery*
§
§

*(Amended)* ORIGINAL COMPLAINT

---

# Progress Notes

Page 1514

*File 456064430*

Mar 02, 2011

```
Attending Surgeon
Signed: 10/27/2010 15:43
```

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

_Clara Ellis_
_on Behalf of Larry Ellis_ §
versus §
§
§
§
_Department of Veteran Affairs_ §
_Hospital & The attending_ §
_Doctors During Surgery_ §
_(Amended)_ ORIGINAL COMPLAINT

CIVIL ACTION NO. _4:16-CV-01319_

| | | | | |
|---|---|---|---|---|
| ALKALINE PHOSPHATASE | 79 | IU/L | 38 - 127 | [580] |
| EGFR | 83.8 | mL/min/1.73m2 | | [580] |
| ALT | 18 | IU/L | 7.0 - 55.0 | [580] |
| AST | 16 | IU/L | 10 - 42 | [580] |

A/P: 56 yo man with biochemical evidence of pheochromocytoma and poorly
controlled diabetes.

1.  Adrenal adenoma - patient has biochemical evidence of pheochromocytoma.
Hyperaldosteronism has been excluded in the past.  Patient had recent Adrenal
vein sampling.  AVS is only useful in lateralizing aldosterone secreting
adenomas, it is not helpful for pheochromocytomas and there is no standard to
establish lateralization for pheochromocytomas.  Additionally, manipulation and
stress can cause secretion of catecholamines inappropriately and thus not
appropriately lateralize the pheochromocytoma.

Surgical resection of his left adrneal adenoma would be recommended.  However,
it is possible that the right adrenal gland is involved, but the patient needs
to be aware of this risks and the possibilities of having a repeat surgery if
his pheochromocytoma is not resolved.

--Given elevated blood pressure, will increase Phenoxybenzamine to 40 mg TID.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

ELLIS, LARRY
8106 BEECH COVE
HOUSTON, TEXAS   77072
456064430

Printed at Michael E. DeBakey VA Medical Center

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
*Houston* DIVISION

*On Behalf of Larry Ellis*

versus

*Department of Veterans Affairs*
*Hospital & All Attending*
*Doctors During Surgery*

§
§
§
§
§
§

CIVIL ACTION NO. *4:16-CV-01319*

*(Amended)* ORIGINAL COMPLAINT

```
/es/ DANIEL ANAYA
Allopathic and Osteopathic Physicia
Surgery
MD
Signed: 01/28/2011 08:09
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
ELLIS, LARRY
8106 BEECH COVE
HOUSTON, TEXAS   77072
456064430
```

Printed at Michael E. DeBakey VA Medical Center