IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLARA ELLIS, Individually and as Representative of the Estate of LARRY ELLIS, SR., and LARRY ELLIS, JR., Individually, <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br><br> Defendant. | CIVIL ACTION NO. H-16-1319 |

## AMENDED FINAL JUDGMENT

For the reasons set forth in the Memorandum and Order signed July 7, 2017 and the separate Order on Motion for Reconsideration signed this day, the Final Judgment signed July 7, 2017 is amended as follows. It is

ORDERED and ADJUDGED that Plaintiff Clara Ellis, individually and as a representative of the Estate of Larry Ellis, Sr., and Plaintiff Larry Ellis, Jr., shall take nothing in their actions against Defendant United States Department of Veteran Affairs, and both Plaintiffs' claims against Defendant are DISMISSED on the merits with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED in Houston, Texas, on this 11TH day of September, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE